UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07-CR-0178-L |
| )  Plaintiff, ) | **ORDER FOLLOWING HEARING** |
| ) v. ) | |
| CHO-ING TSENG, ) | |
| )  Defendant. ) | |
| _____ ) | |

On August 6, 2007, this Court held a hearing on Defendant Cho-Ing Tseng's ("Defendant") motion under Federal Rule of Criminal Procedure 15(d), requesting advance authorization of funds for deposition costs and expenses. The Court relied on the Guide to Judiciary Policies and Procedures, Volume III, Section A, Chapter 3.13 in making this Order.

Based on this Court's ruling on August 6, 2007:

**IT IS ORDERED** that Criminal Justice Act funds will be used to pay for defense counsel's travel expenses (*i.e.,* air, hotel, food, etc.).

**IT IS FURTHER ORDERED** that the U.S. Department of Justice must pay the reasonable expenses associated with the cost of deposition (*i.e.,* court reporter, interpreter, videographer, interpreter, room location expenses, etc.),

/ / /

/ / /

07cr0178

**IT IS FURTHER ORDERED** that Defendant submit to the Court an affidavit, signed by Elena Lee, attesting that she will submit to a deposition in Taipei, Taiwan on August 27, 2007. The affidavit shall be written in Chinese Mandarin, with an English translation attached.

**IT IS SO ORDERED.**

DATED:  August 14, 2007

                                                                                      _____
                                                                                      M. James Lorenz
                                                                                      United States District Court Judge

COPY TO:

DEFENSE COUNSEL ONLY