```
                                              FILED
                                         2007 AUG 15  AM 10: 00
                                         CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
```

(Ex Parte)

BY _____ LP _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07cr0178-L |
| Plaintiff, | |
| v. | **ORDER AUTHORIZING FUNDS FOR DEFENSE DEPOSITION COSTS AND EXPENSES** |
| CHO-ING TSENG, | |
| Defendant. | |

Upon prior application to the Court, by defendant CHO-ING TSENG, by and through his counsel, Holly Sullivan, Federal Defenders of San Diego, Inc., and good cause appearing:

**IT IS HEREBY ORDERED** that the following expenses and costs of travel and subsistence incurred by Holly Sullivan, in attending the deposition of Elena Lee in Taiwan shall be paid through CJA. Holly A. Sullivan is to travel through Omega Travel from San Diego, California to Taipei, Taiwan on August 22, 2007 and to return on either August 28, 2007 at night or the morning of August 29, 2007. The rate is yet to be determined through Omega Travel. CJA will also pay for her lodging in Taipei, Taiwan from August 23, 2007 until August 28, 2007 or August 29, 2007 at an approximate cost of $180 USD per night. Costs of meals will also be subject to reimbursement on days of overnight stay not to exceed the maximum government per diem of $121.

**SO ORDERED.**

Dated: 8/14/07

HONORABLE M. JAMES LORENZ
United States District Judge

07CR0178